UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**DAVID WAYNE MOSS**                                                                    **PLAINTIFF**

v.                                                                               **CIVIL ACTION NO. 4:08CV-P23-M**

**MARK CURRY** *et al.*                                                   **DEFENDANTS**

## MEMORANDUM AND ORDER

Plaintiff filed a motion for an extension of time of an unspecified length to file a traverse motion in response to Defendant's answer (DN 22). Shortly thereafter, Plaintiff filed a traverse to Defendant's motion for summary judgment (DN 23).

Whether to order a reply to an answer is discretionary with the court, and "[a]s a practical matter, . . . a reply usually will not be ordered by the district court unless the answer contains new matter that warrants a response." 5 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1185 (3d. ed. 2009). Here, Defendant's answer contains no claims against Plaintiff, and Plaintiff does not provide a reason why a reply is necessary. Moreover, because the answer and motion for summary judgment were filed on the same date, and since Plaintiff has filed a "traverse" to the motion for summary judgment, it appears that Plaintiff actually seeks an extension of time to file a response to the motion for summary judgment. Accordingly,

**IT IS ORDERED** that the motion for extension (DN 22) is **DENIED to the extent Plaintiff seeks to file a reply** to Defendant's answer and is **GRANTED** *nunc pro tunc* **to the extent he seeks to file a response to Defendant's motion for summary judgment**.

Date:

cc:        Plaintiff, *pro se*
            Counsel of Record
4414.005